UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TANYA NUNEZ, Administrator of the Estate of CYNTHIA L. MADDEN, Deceased,<br><br>    Plaintiff<br><br>    v.<br><br>BNSF RAILWAY COMPANY, a Corporation,<br><br>    Defendant | Case No. 09-4037<br><br>**JURY DEMAND** |

# COMPLAINT

Now comes the Plaintiff, TANYA NUNEZ, Administrator of the Estate of CYNTHIA L. MADDEN, Deceased, and complaining of the Defendant, BNSF RAILWAY COMPANY, a Corporation, for her claims states:

## I.
### Jurisdiction & Venue

1. Jurisdiction is founded on diversity of citizenship, 28 U.S.C. § 1332 (a)(1), (c)(1), (2).

2. The citizenship of the parties is as set forth below:

   A. Plaintiff is the Administrator of the Estate of Cynthia L. Madden, Deceased, who was a citizen of the State of Illinois. The Estate is being administered in the Circuit Court of Rock Island County, Illinois. 28 U.S.C. § 1332 (c)(2).

   B. Defendant, BNSF Railway Company, is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas. 28 U.S.C. § 1332 (c)(1).

3. The Estate of Cynthia L. Madden, Deceased, is pending in the Circuit Court of Rock Island County, Illinois, the defendant corporation conducts business in Henry and Rock Island Counties, Illinois, and the claims arose in Henry County, Illinois. Venue exists in the

Central District of Illinois under 28 U.S.C. § 1391 (a). The case is assigned to the Rock Island Division of this court under Local Rule 40:1 (C).

4. The claim arose from an incident occurring on or about 9:40 p.m. on **May 28, 2007** at Cleveland Road at the railroad crossing of the BNSF Railway tracks in the City of Colona, County of Henry, and State of Illinois.

## II.
## The Parties

5. Tanya Nunez is the eldest daughter and duly appointed Administrator of the Estate of Cynthia L. Madden by a May 22, 2009 Order of the Circuit Court of Rock Island County, Illinois, *In the Matter of the Estate of Cynthia L. Madden, Deceased*, Case No. 09 P 180. A true copy of that Order is attached as Ex:1.

6. The BNSF Railway is a corporation engaged in the business of operating a railroad transporting goods on railroad tracks located on rights of way it owns throughout the Midwest, Western, and Southwestern United States.

## III.
## The Incident

7. As a part of the BNSF business of operating a railroad, it owned, operated, and maintained certain railroad tracks and right of way running through Colona, Illinois including a railroad crossing at Cleveland Road.

8. The BNSF tracks are mainline railroad tracks intersecting Cleveland Road, an asphalt road, at a public grade crossing of concrete at very slight angle north to south in the middle of a curvature of the direction of the mainline track sufficient to allow trains operating at 50 mph to travel the track.

9. The BNSF public grade crossing at Cleveland Road has flashing lights and bells with gates anchored on poles containing the flashing lights located at the northeast and southwest quadrants of the public grade crossing.

10. Cynthia Madden was operating her 1996 Toyota Camry automobile from the east side of the BNSF railroad crossing intersection with Cleveland Road in Colona, Illinois in a westerly direction on Cleveland Road down a hill with a significant incline to the railroad crossing.

11. The driver of a vehicle proceeding from the east side of the BNSF railroad crossing intersection with Cleveland Road as Madden was at the time of this incident down the significant decline in the hill on Cleveland Road has no visibility of a train proceeding on the BNSF tracks from the north in a southerly direction until the vehicle is six (6) feet east of the crossing. This lack of visibility is due to the incline of the hill and the grown trees in the area bordering the right of way.

12. At the time of the incident, Madden traveled from the east in a westerly direction on Cleveland Road when her vehicle stalled in front of a driveway while a train was going through the BNSF railroad crossing. Madden telephoned her son Michael Dillard to ask for help and her daughter Jennifer Dillard to inform her she was in Colona..

13. Madden restarted her automobile to move her vehicle to the west to clear the driveway it was blocking at the bottom portion of the hill as Cleveland Road approaches the BNSF railroad crossing. The property containing the driveway also contains a hill with a significant decline until the property borders the BNSF right of way.

14. As Madden moved her vehicle west on Cleveland Road across the BNSF railroad tracks and crossing at Cleveland Road, her automobile stalled on the railroad tracks. The flashers were then activated and the gates came down.

15. Madden exited her automobile in a direction away from the BNSF locomotive BNSF4708 operated by Debra L. James towing the railroad cars, which constituted the train proceeding on the tracks. The train was proceeding from the north in a southerly direction through the BNSF tracks with a gradual curve in this area of the intersection with Cleveland Road. Madden had exited her stalled automobile and was moving away from it when the locomotive collided with Madden's automobile forcing the vehicle forward where it collided with Madden causing her fatal injuries.

## IV.
## Plaintiff's Claims

16. At the time and place alleged, the BNSF corporation through its human agents acting in the scope of their agency for the corporation were negligent in setting or maintaining the activation of the flashing lights and gates at an interval insufficient to give adequate warning to a motorist to clear the railroad crossing at Cleveland Road for the speed limit of trains on the BNSF tracks in this area and the engineer operating the locomotive at the time of the collision was negligent in failing to sound the locomotive whistle until after the Madden vehicle was in sight and was further negligent in its maintenance of the railroad crossing and in the operation of the locomotive.

## V.
## Plaintiff's Damages

17. As a direct and proximate result of the negligence of the human agents of the BNSF corporation acting in the scope of their agency for the corporation, Cynthia L. Madden consciously endured the extreme mental distress of attempting to exit her stalled vehicle to avoid the BNSF locomotive and train with the knowledge of her fatal position and the injuries leading to her death.

18. Cynthia L. Madden left the following next of kin surviving her, Beth Madden, Mother age 81, Tanya Nunez, Daughter age 32, Carrie Dillard, Daughter age 31, Michael Dillard, II Son age 29, Anthony Dillard, Son age 28 , and Jennifer Dillard Daughter age 21.

19. Cynthia Madden was the means of support to her daughter, Jennifer Dillard, 21, and Jennifer's son/Madden's grandson, Collin Dillard, age four (4).

20. By reason of the death of Cynthia L. Madden and as a direct and proximate result of the negligence of the BNSF Railroad, her next of kin identified in ¶ 18 have been deprived of the society and companionship with her and Jennifer Dillard and Collin Dillard have been deprived of their means of support.

21. Tanya Nunez brings this action for damages for loss of society and companionship and support under the Illinois Wrongful Death Act., 740 ILCS 180/1 et seq (2006), for the extreme mental distress and pain and suffering consciously endured by Cynthia L. Madden prior to her death under the Illinois Survival Act, 755 ILCS 5/27-6 (2006), and the implied right of action to recover the funeral expenses incurred in burying the deceased.

# VI.
## Prayer For Relief

**WHEREFORE,** Plaintiff, TANYA NUNEZ, Administrator of the Estate of CYNTHIA L. MADDEN, Deceased, prays the Court enter judgment in her favor and against the Defendant, BNSF RAILROAD COMPANY, in the amount of TWO MILLION DOLLARS ($2,000,000) plus costs of suit.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiff

RICHARD L. STEAGALL
Nicoara & Steagall
416 Main Street, Suite 815
Commerce Building
Peoria, IL 61602-1115
Tel: 309-674-6085
Fax: 309-674-6032
Email: nicsteag@mtco.com