Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

AUG 10 2012

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Tanya Nunez** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case Number: **09-4037** |
| ) | |
| **BNSF Railway Company** ) | |
| ) | |
| Defendant ) | |

approved
8-10-12
[signature]

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

**Dated:** August 9, 2012.

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court